UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BR NORTH 223, LLC,

       Plaintiff,                            No. 13-50297

v.                                        District Judge Paul D. Borman
                                            Magistrate Judge R. Steven Whalen

BERNARD GLIEBERMAN, ET AL.,

       Defendants.
_____/

## SUPPLEMENTAL ORDER RE: SUBPOENAS DUCES TECUM

On December 10, 2013, the Court entered an Opinion and Order [Doc. #131] denying Defendants' and non-parties Tracey Katzen's, Lazzara & Company's, and Lonie Glieberman's motions to quash subpoenas duces tecum [Doc. #93, #94, and #110]. The documents requested in said subpoenas will be produced to Plaintiff by January 15, 2014.

The parties shall submit to the Court a proposed stipulated protective order that will govern the production of the subpoenaed documents.

       IT IS SO ORDERED.

Dated: December 12, 2013           s/ R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 12, 2013, electronically and/or by U.S. Mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable R. Steven Whalen