UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BR NORTH 223, LLC,

    Plaintiff,                                No. 13-50297

v.                                       District Judge Paul D. Borman
                                            Magistrate Judge R. Steven Whalen

BERNARD GLIEBERMAN, ET AL.,

    Defendants.
_____/

## ORDER

Regarding Plaintiff's Motion to Seize and Transfer all Shares of Certain Stock Held by Debtor in Aid of Collection on the Judgment [Doc. #151], the parties shall, in accordance with the Court's directives placed on the record on March 25, 2014, comply with the following schedule:

    DISCOVERY CUT-OFF:                  MAY 26, 2014

    EVIDENTIARY HEARING:              JUNE 25, 2014 @ 10:00 a.m.

No later than June 23, 2014, the parties shall file a written statement of stipulated facts, witness lists, and exhibit lists. No later than the morning of the hearing, the parties shall provide the Court with a copy of all proposed exhibits.

    IT IS SO ORDERED.

Dated: March 27, 2014                    s/ R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 28, 2014, electronically and/or by U.S. mail.

                                                    s/Michael Williams
                                                    Case Manager for the
                                                    Honorable R. Steven Whalen