UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BR NORTH 223, LLC,

        Plaintiff,                              Case No. 13-MC-50297

                                             Paul D. Borman
v.                                            United States District Judge

BERNARD GLIEBERMAN, ET AL.,         R. Steven Whalen
                                                United States Magistrate Judge

        Defendants.
_____/

ORDER EXTENDING DEADLINE TO FILE
OBJECTIONS TO REPORT AND RECOMMENDATION
DATED NOVEMBER 24, 2015 (ECF NO. 352) TO OCTOBER 3, 2016

       Now before the Court is a proposed stipulated order from the parties in this action regarding extending the time to respond to the Report and Recommendation issued by the Magistrate Judge on November 24, 2015 (ECF No. 352). The parties have agreed to extend the time to file an objection to the Report and Recommendation until December 16, 2016.

       The Court, however, shall grant the agreed upon extension of time but only until October 3, 2016.

       IT IS SO ORDERED.

                                                      S/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  August 4, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 4, 2016, by electronic and/or ordinary mail.

                                                                                  S/Lisa Wagner for Deborah Tofil
                                                                                  Case Manager and Deputy Clerk
                                                                                  (313) 234-5522

Dated: August 4, 2016

2:13-mc-50297-PDB-RSW   Doc # 387   Filed 08/04/16   Pg 2 of 2   Pg ID 4097